# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2023-0433**
Khiraje Quindel Forbes v. State of Alabama (Appeal from Calhoun Circuit Court: CC-20-125)

# <u>NOTICE</u>

You are hereby notified that on October 11, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk